

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-15-00330-CR

Style:      James Jackson III

     **v.** The State of Texas

Date motion filed*:      June 5, 2015

Type of motion:      Motion to extend time to file reporter's record

Party filing motion:      Court reporter

Document to be filed:      Reporter's record

Is appeal accelerated?      No

If motion to extend time:

     Original due date:      August 4, 2015

     Number of previous extensions granted:      0      Current Due date: 0

     Date Requested:      July 5, 2015

Ordered that motion is:

     ☐      Granted

         If document is to be filed, document due:

         ☐      The Court will not grant additional motions to extend time absent extraordinary circumstances.

     ☐      Denied

     ☑      Dismissed (moot)

     ☐      Other: _____

     Because appellant filed a motion for new trial, the appellate record is due to be filed by August 4, 2015. *See* TEX. R. APP. P. 35.2. The court reporter filed the reporter's record with this Court on June 30, 2015. Accordingly, we dismiss the motion to extend the time to file the reporter's record.

Judge's signature:    /s/ Terry Jennings
                  ☑ Acting individually      ☐ Acting for the Court

Date: July 16, 2015